UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RUBY SCOTT**                                                                                         **PLAINTIFF**

**CASE NO. 2:08CV00020 BSM**

**HELENA REGIONAL MEDICAL CENTER**                       **DEFENDANT**

## JUDGMENT

The trial of this case began on April 6, 2009 in the divisional courthouse in Helena, Arkansas. At the conclusion of the plaintiff's proof, the court granted defendant's motion for a judgment as a matter of law. Pursuant to the ruling from the bench, the court grants defendant's motion and hereby dismisses plaintiff's complaint with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment is entered in favor of defendant and against plaintiff on all claims.

IT IS SO ORDERED this 10th day of April, 2009.

                                                                            /s/ Brian S. Miller
                                                  UNITED STATES DISTRICT JUDGE